**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
David E. Gevertz (*admitted pro hac vice*)
E-mail: dgevertz@bakerdonelson.com
3414 Peachtree Road, Suite 1500
Atlanta, GA 30326
Telephone: (404) 221-6512

Savannah D. McCabe (*admitted pro hac vice*)
E-mail: smccabe@bakerdonelson.com
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Telephone: (865) 971-5170

**KENNEDYS CMK LLP**
Susan F. Dent (SBN 292900)
E-mail: Susan.Dent@kennedyslaw.com
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: (415) 323-4460

Attorneys for Defendants
CRAWFORD & COMPANY and
BROADSPIRE SERVICES, INC.

**O'DELL LAW OFFICES**
Valerie Toohey O'Dell (SBN 101999)
E-mail: valerie@odell-law.com
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Telephone: (916) 774-7532

Attorney for Plaintiff
EMA ROSALES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| EMA ROSALES,<br><br>        Plaintiff,<br><br>    v.<br><br>CRAWFORD AND COMPANY; BROADSPIRE INSURANCE SERVICES, INC.,<br><br>        Defendants. | Case No. 2:20-CV-02530-JAM-AC<br><br>(Assigned to the Honorable John A. Mendez)<br><br>**STIPULATION AND ORDER TO REDACT DOCUMENTS** |

Plaintiff Ema Rosales ("Plaintiff") and Defendants Crawford & Company and Broadspire Services, Inc., (collectively, "Defendants"), submit this Stipulation to Redact Documents as set forth in Defendants' Motion for Leave to File Redacted Documents ("Redaction Motion") filed May 3, 2022 [ECF No. 31]. Specifically, Defendants' Redaction Motion seeks to redact portions of Exhibits A, B, C, and F to the Declaration of Savannah D. McCabe filed in support of Defendants' Motion to Enforce Settlement Agreement (the "Redacted Documents"). [See ECF Nos. 29, 29-1, 29-2, 29-3, 29-4, 29-7, 31]. Plaintiff agrees to the relief sought in Defendants' Redaction Motion, which is fully incorporated herein.

Good cause appearing therefore, in accordance with Federal Rule of Civil Procedure 5.2(a)(1) and Local Rules 140 and 143, Plaintiff and Defendants STIPULATE that:

1.  Certain portions of Exhibits A, B, C, and F to the Declaration of Savannah D. McCabe in support of Defendants' Motion to Enforce Settlement Agreement should be redacted to protect (1) the confidential settlement amount, Plaintiff's April 18, 2022 settlement demand, and references thereto; and (2) Plaintiff's counsel's Taxpayer Identification Number.

2.  The Redacted Documents have been filed as ECF Nos. 29-2, 29-3, 29-4, and 29-7. These filings shall be the sole and operative versions of Exhibits A, B, C, and F to the Declaration of Savannah D. McCabe [ECF No. 29-1] in the Court file and electronic file.

DATED: May 11, 2022

                BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

                /s/ Savannah D. McCabe
                Savannah D. McCabe
                Attorneys for Defendants CRAWFORD & COMPANY and BROADSPIRE INSURANCE SERVICES, INC.

                O'DELL LAW OFFICES

                /s/ Valerie Toohey O'Dell
                Valerie Toohey O'Dell
                Attorneys for Plaintiff EMA ROSALES

## **SIGNATURE ATTESTATION**

I, Savannah D. McCabe, am the ECF user whose identification and password are being used to file this Stipulation and Order to Redact Documents. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

                /s/ Savannah D. McCabe
                SAVANNAH D. MCCABE

## **ORDER**

Pursuant to stipulation, and good cause appearing, it is so ordered: The redacted versions of Exhibits A, B, C, and F to the Declaration of Savannah D. McCabe, filed as ECF Nos. 29-2, 29-3, 29-4, and 29-7, shall be the sole and operative versions of Exhibits A, B, C, and F to the Declaration of Savannah D. McCabe in the Court file and electronic file.

DATED: May 12, 2022        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE